**FILED**
DEC 05 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA        '07 MJ 8962

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Jorge Luis APALATEGUI, (1) ) | Importation of a Controlled Substance (Felony) |
| Liliana MAGALLANES-Higuera, (2) ) | |
| Defendants ) | |

The undersigned complainant being duly sworn states:

That on or about December 4, 2007 within the Southern District of California, defendants Jorge Luis APALATEGUI and Liliana MAGALLANES-Higuera, did knowingly and intentionally import approximately 82.62 kilograms (181.76 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Enrique Terrecosa Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF DECEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
       v.
Jorge Luis APALATEGUI (1)
Liliana MAGALLANES-Higuera (2)

### STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On December 4, 2007, at approximately 2125 hours, Jorge Luis APALATEGUI and Liliana MAGALLANES-Higuera entered the United States from the Republic of Mexico via the Calexico, California East Port of Entry. APALATEGUI was the driver and registered owner of a 2005 Chevrolet Silverado bearing California U.S. plate 8H66154. APALATEGUI was accompanied by his friend MAGALLANES.

During a pre-primary roving operation, CBP canine alerted to APALATEGUI's truck. Customs and Border Protection Officer (CBPO) Hernandez contacted APALATEGUI and obtained a negative oral Customs declaration. CBP canine Officer Jones advised CBPO Hernandez his assigned canine alerted to the bed of the truck. APALATEQUI, MAGALLANES and the vehicle were escorted to the vehicle secondary office for further inspection.

A subsequent search of the bed of the truck by CBPO Aguilar revealed thirty-six packages concealed within the bed of the truck. The approximate weight of the packages was 82.62 kilograms (181.76 pounds). CBPO Aguilar probed one package, which produced a green leafy substance, which field-tested positive for marijuana.